AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Equal Employment Opportunity Commission

V.

Faribault Foods Inc

**JUDGMENT IN A CIVIL CASE**

Case Number:  07-3976 RHK/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Settlement Classes defined in the Consent Decrees are **CERTIFIED** pursuant to Federal Rule of Civil Procedure 23 for settlement purposes. 2. Final approval of the Consent Decrees is **GRANTED**. The Consent Decrees shall become effective when either the time for appeal has run without an appeal being filed or any appeal (including any requests for rehearing or rehearing *en banc* or petitions for writs of *certiorari*) has been finally resolved. 3. Class members in Moreno shall be able to draw their settlement payments from the $100,000 settlement fund in that action until December 1, 2008. Any class member who fails to draw his or her payment by the deadline shall forfeit his or her right to a settlement payment. Any payments not drawn by the deadline shall be distributed to Centro Campesino, a non-profit organization dedicated to improving the lives of Hispanic migrant workers in southern Minnesota. 4. Class counsel's application for attorneys' fees and costs is **APPROVED**, and class counsel is awarded $388,000 in attorneys' fees and $72,000 in costs; 5. This Order has been entered without any admission by any of the parties as to the merits of any of the allegations in these cases and shall not constitute a finding of either fact or law as to the merits of any of the claims asserted therein; 6. The Complaint in each of these cases is **DISMISSED WITH PREJUDICE**. The parties shall pay their own fees, costs, and disbursements, except as set forth above; and 7. The Court retains jurisdiction over these matters for purposes of ensuring compliance with the Consent Decrees and this Order.

|  |  |
|---|---|
| March 28, 2008 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Janet Midtbo |
|  | (By)   Janet Midtbo,   Deputy Clerk |

Form Modified:  09/16/04